UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
                                                    )
                                                    )
RHAY EMANUELL FERNANDES DE OLIVEIRA    )
            Plaintiff(s),                            )
                                                    )
v.                                                  )          Civil Action No. 26-13073-JEK
                                                    )
                                                    )
ANTONE MONIZ, DAVID WESLING, DAVID J.  )
VENTURELLA, U.S. DEPARTMENT OF         )
HOMELAND SECURITY (DHS), MARKWAYNE     )
MULLIN and TODD W. BLANCHE             )
            Defendant(s).                            )
_____)

## **JUDGMENT**

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Electronic Order dated July 9, 2026, [ECF 9], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Rhay Emanuell Fernandes De Oliveira.

Dated: July 22, 2026

                                                    /s/ Haley Currie
                                                    _____

                                                    Deputy Clerk